# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 26, 2009

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br>  Cross-Appellant,<br><br>Nos. 07-1129, 07-1610 and<br>  07-1712     v.<br><br>RONALD J. PRESBITERO,<br>  Defendant-Appellant,<br>  Cross-Appellee,<br><br>    and<br><br>JOE J. VELASQUEZ,<br>  Defendant-Cross-Appellee. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>]<br>] No. 03 CR 786<br>]<br>] Joan B. Gottschall, Judge.<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

The opinion issued in the above-entitled case on June 24, 2009 is hereby **AMENDED** as follows:

On page 4 of the slip opinion, lines 21-22 are corrected to read, "On PDC's tax return for the fiscal year ending April 30, 1997, . . ."

Also on page 4 of the slip opinion, line 26 is corrected to read, "On the company's tax return for the fiscal year ending April 30, 1998, . . . "